# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16-cv-94

| | |
|---|---|
| **BARRY DALE TREADWAY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **ALCON LABORATORIES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER** is before the Court on William A. Bulfer's Application for Admission to Practice *Pro Hac Vice* of Christiana C. Jacxsens. It appearing that Christiana C. Jacxsens is a member in good standing with the Georgia State Bar and will be appearing with William A. Bulfer, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that William A. Bulfer's Application for Admission to Practice Pro Hac Vice (#4) of Christiana C. Jacxsens is

**GRANTED**, and that Christiana C. Jacxsens is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with William A. Bulfer.

Signed: April 20, 2016

Dennis L. Howell
United States Magistrate Judge